46 So.2d 863

**LOCAL 123, INTERNATIONAL UNION OF MINE, MILL & SMELTER WORKERS, etc. et al. v. J. W. "Bill" LOWE et al.**

6 Div. 986.

Court of Appeals of Alabama.
March 28, 1950.

Appeal from Circuit Court, Jefferson County; Gardner Goodwyn, Judge.

Chas. M. Nice, Jr., of Birmingham, for appellants.

Jerome A. Cooper and Hugo L. Black, Jr., of Birmingham, for appellees.

BRICKEN, Presiding Judge.

Appeal dismissed.

51 So.2d 914

**Betty LOVE v. STATE.**

8 Div. 919.

Court of Appeals of Alabama.
Jan. 30, 1951.

Appeal from Circuit Court, Morgan County; Newton B. Powell, Judge.

PER CURIAM.

Affirmed.

51 So.2d 914

**Betty LOVE v. STATE.**

8 Div. 958.

Court of Appeals of Alabama.
Jan. 30, 1951.

Appeal from Circuit Court, Morgan County; Newton B. Powell, Judge.

PER CURIAM.

Affirmed.

44 So.2d 36

**Albert LUCAS v. STATE.**

5 Div. 305.

Court of Appeals of Alabama.
Nov. 29, 1949.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Forgery, second degree.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

51 So.2d 914

**Arch LYNCH, Jr. v. STATE.**

7 Div. 88.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

PER CURIAM.

Affirmed.

44 So.2d 36

**Clyde Lee LUCAS v. STATE.**

6 Div. 877.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault to murder.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.